PORTER D. ASKEW ET AL., APPELLEES, V. C. R. SEXSON ET AL., APPELLEES: OSCAR H. HAHN, APPELLANT.

FILED FEBRUARY 7, 1930. No. 27017.

*Stiner & Boslaugh, Edmund Nuss* and *Walter M. Crow,* for appellant.

*James E. Addie, Bernard McNeny* and *O. E. Bozarth, contra.*

Heard before GOSS, C. J., ROSE, GOOD, THOMPSON, EBERLY and DAY, JJ., and LANDIS, District Judge.

GOOD, J.

This is a proceeding to revive a dormant judgment. The pleadings, the evidence and the order of revivor entered are in all respects similar to those disclosed in *Orchard & Wilhelm Co. v. Sexson,* p. 370, *post,* save that the order of revivor was against but two defendants and for an aliquot part of the judgment as to each of the two.

For the reasons given in *Orchard & Wilhelm Co. v. Sexson, supra,* the judgment of the district court is reversed and the cause remanded, with directions to enter an order reviving the judgment in its entirety, as it existed at the time of the assignment thereof to the applicant Hahn.

REVERSED.